IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA and )
THE STATE OF NEW MEXICO, *ex rel* )
LA FRONTERA CENTER, INC., an )
Arizona Nonprofit Corporation, RELATOR, )
 )
    Plaintiffs, )
 )
    v. )    15cv1164- MV-WPL [Under Seal]
 )
UNITED BEHAVIORAL HEALTH, INC., )
*et al.*, )
 )
    Defendants. )
 )
 )
_____ )    FILED UNDER SEAL

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD"), filed June 21, 2016 (Doc. 43), the New Mexico Human Services Department's ("HSD") Non-Party Objection and Motion for Clarification (Doc. 45), and responses thereto by the Relator (Doc. 46), the United States (Doc. 47), and the State of New Mexico ("NMAG") (Doc. 48). The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. As explained herein, the Court adopts the PFRD as an Order of the Court and denies HSD's motion for clarification.

    HSD states that it "does not object to the recommended disposition generally and only seeks clarification of the proposed directive that HSD provide . . . 'all communications between HSD and Defendants since the Complaint was filed.'" (Doc. 45 at 1.) HSD does not challenge

the proposed findings of fact or the recommended disposition, but instead seeks to limit the disclosure of "Personal Health Information . . . and confidential contractual information, unrelated to this litigation," that may be contained in its communications with the Defendant, and to cabin the time-frame for which communications must be produced. (*Id.* at 2.)

This is not a specific objection. In the absence of specific objections, the Court reviews the PFRD to determine if it is "clearly erroneous, arbitrary, obviously contrary to law, or an abuse of discretion." *See, e.g., Pablo v. Social Security Admin.*, No. CIV 11-0132 JB/ACT, 2013 WL 1010401, at *4 (D.N.M. Feb. 27, 2013) (unpublished). The Court has reviewed the PFRD and determined that it is thorough, well-reasoned, and appropriately calculated to achieve the ends of the seal provision in False Claims Act cases. The PFRD is hereby adopted as an Order of the Court.

HSD additionally seeks clarification about the scope of communications it must produce. The Court agrees with the United States and the State of New Mexico that this issue is prematurely brought to the Court and more appropriately worked out between the parties. Accordingly, HSD's motion is denied at this time.

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court;

2) the Relator's Application for Order to Show Cause and for Sanctions (Doc. 18) is granted-in-part and denied-in-part;

3) HSD's motion for clarification (Doc. 45) is denied at this time;

4) HSD will comply with all recommendations in the PFRD and will produce all communications between HSD and the Defendants from the date that the Complaint was filed through the date that the PFRD was filed; and

5) the parties will work together to resolve any disputes regarding these disclosures.

*[signature]*
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

3