## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF NEW MEXICO , ex rel LA FRONTERA CENTER, INC., an Arizona nonprofit corporation, RELATOR,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED BEHAVIORAL HEALTH, INC., a foreign corporation; UNITED HEALTHCARE INSURANCE, INC., a foreign corporation; OPTUMHEALTH NEW MEXICO operating as a d/b/a of UNITED BEHAVIORAL HEALTH, INC., UNITED HEALTHCARE INS.CO.; BLACK and WHITE Corporations and JOHN and JANE DOES I-X,<br><br>Defendants. | No. 1:15-cv-01164-KWR-JHR |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEFENDANTS' TIME TO ANSWER FIRST AMENDED COMPLAINT

**THIS MATTER** having come before the Court on Defendants' Unopposed Motion to Answer the First Amended Complaint (**Doc. 147**), the Court having reviewed the motion, noting that it is unopposed, and being otherwise fully advised, finds that **GOOD CAUSE EXISTS** for the motion, and it should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendants' time to answer the First Amended Complaint **SHALL BE EXTENDED** to **April 10, 2023.**

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

**SUBMITTED BY:**

HOGAN LOVELLS US LLP

By:  */s/ Stephanie Yonekura*
    Stephanie Yonekura
    Peter H. Walsh
    Michelle Roberts Gonzales
    1999 Avenue of the Stars, Ste. 1400
    Los Angeles, CA 90067
    stephanie.yonekura@hoganlovells.com
    peter.walsh@hoganlovells.com
    michelle.gonzales@hoganlovells.com

    *Attorneys for Defendants*

**APPROVED BY:**

DICKINSON WRIGHT PLLC

By:  */s/ Andrew L. Sparks*
    Andrew L. Sparks
    Gregory W. Moore
    Christopher J. Ryan
    *Attorneys for Relator*
    asparks@dickinson-wright.com
    gmoore@dickinson-wright.com
    cryan@dickinson-wright.con

## CERTIFICATE OF SERVICE

      I hereby certify that on February 21, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Andrew L. Sparks
Gregory W. Moore
Christopher J. Ryan
DICKINSON WRIGHT PLLC
*Attorneys for Plaintiff*
asparks@dickinson-wright.com
gmoore@dickinson-wright.com
cryan@dickinson-wright.com

Deborah E. Mann
Jesse D. Hale
SUTIN, THAYER & BROWNE
Attorneys for Relator La Frontera Center, Inc.
dem@sutinfirm.com
jeh@sutinfirm.com

Ruth F. Keegan
Assistant U.S. Attorney
FRED J. FEDERICI U.S. ATTORNEY
P.O. Box 607
Albuquerque, NM  87103
ruth.f.keegan@usdoj.gov

Zachary Shandler
Assistant Attorney General
HECTOR H. BALDERAS NEW MEXICO ATTORNEY GENERAL
New Mexico Office of the Attorney General
Medicaid Fraud Control Division
201 Third Street NW, Suite 300
Albuquerque, NM  87102
zshandler@nmag.gov

                                         */s/ Michelle Roberts Gonzales*
                                         Michelle Roberts Gonzales
                                         *Attorneys for Defendants*